UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AMBER REYES, on her own behalf and
all similarly situated individuals

       Plaintiff,

v.                                                  Case No: 2:14-cv-286-FtM-38DNF

COLOSSEUM, LLC, DAVID TOWNSEND and LYNN PIPPENGER,

       Defendants.
_____/

## ORDER[1]

This matter comes before the Court on the Joint Notice of Agreement to Participate in a Settlement Conference before a Magistrate Judge (Doc. #26) filed on October 10, 2014.

Upon consideration, it is now

**ORDERED:**

This matter is referred to the Honorable Carol Mirando to conduct a settlement conference and issue any order deemed appropriate thereafter. The Parties are directed to contact Judge Mirando's chambers to arrange for a mutually agreeable time to conduct the settlement conference.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

**DONE** and **ORDERED** in Fort Myers, Florida this 15th day of October, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record